1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ILHAM A. HOSSEINI (CABN 256274)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       FAX: (415) 436-7234
        ilham.hosseini@usdoj.gov
8
   Attorneys for United States of America
9
                                UNITED STATES DISTRICT COURT
10
                              NORTHERN DISTRICT OF CALIFORNIA
11
                                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. 22-CR-236-JD
                                         )
14         Plaintiff,                    )  **STIPULATION AND [PROPOSED] ORDER TO**
                                         )  **RESCHEDULE SENTENCING HEARING**
15      v.                               )
                                         )
16  JAMES WILLIAM PALMER,                )
                                         )
17         Defendant.                    )
                                         )
18  _____)

19       This matter is set for a sentencing hearing on December 12, 2022, at 10:30 A.M.  Counsel for the

20  government will be in trial at that time in *United States v. Kenneth Sparks* (case no. 21-281-VC).  Both

21  counsel for the government and counsel for the defendant respectfully request to continue the sentencing

22  hearing to January 30, 2023, so that counsel for the government can appear at the sentencing hearing.

23  Counsel for the government is familiar with the background of this case and the parties respectfully

24  request to continue the hearing.

25       The undersigned Assistant United States Attorney certifies that she has obtained approval from

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING
Case No. 22-CR-236-JD

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 15, 2022

/s/
ILHAM A. HOSSEINI
Assistant United States Attorney

DATED: November 15, 2022

/s/
TONY BRASS
Counsel for Defendant JAMES PALMER

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the the sentencing hearing date is reset to January 30, 2023, at 10:30 A.M.

IT IS SO ORDERED.

DATED: November 21, 2022

HON. JAMES DONATO
United States District Judge